# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

FILED
CHARLOTTE, NC

JUL 03 2025

US DISTRICT COURT
WESTERN DISTRICT OF NC

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 3:25MJ180 |
| | ) | |
| | ) | |
| | ) | |
| Humberto GUZMAN Lemus | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **June 25, 2025** in the county of **Gaston** in the **Western** District of **North Carolina**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) | Reentry of a removed alien |

This criminal complaint is based on these facts:

See Attached Affidavit.

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Luis Salinas, HSI Special Agent
*Printed name and title*

Date: 07/03/2025

_____
*Judge's signature*

City and state: Charlotte, North Carolina

The Hon. Susan C. Rodriguez, US Magistrate Judge
*Printed name and title*